# IN THE SUPREME COURT OF THE STATE OF NEVADA

TONY FARDONE,
                    Appellant,
            vs.
THE STATE OF NEVADA
EMPLOYMENT SECURITY DIVISION;
RENEE OLSON, IN HER CAPACITY AS
ADMINISTRATOR OF THE
EMPLOYMENT SECURITY DIVISION;
AND KATIE JOHNSON, IN HER
CAPACITY AS CHAIRPERSON OF THE
EMPLOYMENT SECURITY DIVISION
BOARD OF REVIEW,
                    Respondents.

No. 73004

FILED

FEB 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. J. Charles Thompson, Senior Judge
       Law Office of Lisa Rasmussen
       State of Nevada/DETR
       Eighth District Court Clerk
       Legal Aid Center of Southern Nevada, Barbara E. Buckley,
            Executive Director
       Anne R. Traum, Coordinator, Appellate Litigation Section,
            Pro Bono Committee, State Bar of Nevada
       Kelly Dove

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-06050